T. MUNDANIOHL, Appellant, Respondent, v. CARROLL BROTHERS, INCORPORATED, Respondent, and DONNER-GOETZ, INCORPORATED, Appellant.— Judgment

affirmed, without costs on this appeal to any party. All concur. (The judgment affirms a Buffalo City Court judgment in favor of plaintiff and against one defendant and reverses a judgment against the other defendant dismissing the complaint against it, in an action on a contract for work, labor and services performed.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.